

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Douglas J. Bartram,<br>Angela M. Bartram,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Global International, Inc. and<br>Jane Doe,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**1: 11 -cv- 0 1 7 8 TWP -MJD**

**COMPLAINT SEEKING DAMAGES FOR VIOLATION OF**
**THE FAIR DEBT COLLECTION PRACTICES ACT**
**I.   Introduction**

1. This is an action for actual and statutory damages, legal fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq (hereinafter referred to as the "FDCPA").

**II.   Jurisdiction and Venue**

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

**III.   Parties**

4. Plaintiffs in this case, Douglas and Angela Bartram, are husband and wife, and are residents of the full age of majority, domiciled in the City of Greenwood, Johnson County, Indiana.

5. Defendant in this case, Global International, Inc. (hereinafter referred to as "Global International"), is a "debt collector" as that term is defined by the FDCPA, and is attempting to collect a debt. Global International is a corporation organized under the laws of the State of Delaware whose principal business address is 300 International Drive, Suite 100, Williamsville, NY 14221, and is licensed to do business in Indiana.

1

6. Defendant in this case, Jane Doe, is an employee or independent contractor of Defendant Global International whose alias apparently is "Christina".

## IV. Factual Allegations

7. Global International is a debt collection agency attempting to collect a debt from Plaintiffs.

8. On December 14, 2010, Plaintiffs filed for bankruptcy relief under Chapter 7 of Title 11 of the United States Code under case number 10-18444-JKC.

9. Included on Schedule F of the bankruptcy was a debt to Global International.

10. Plaintiff, Doug Bartram, owed the debt to Global International.

11. Notice of Plaintiff's bankruptcy was sent to Global International by first class mail on December 18, 2010.

12. After Plaintiffs filed bankruptcy, Defendant Jane Doe, an employee or independent contractor of Defendant Global International, contacted Plaintiffs on several occasions via telephone seeking to collect on a debt included in bankruptcy.

13. During each of the telephone calls, Plaintiff Angela Bartram stated that she had filed bankruptcy and that she and her husband had an attorney.

14. During one of the telephone calls, Defendant Jane Doe stated she knew about the bankruptcy filing.

15. Upon being asked who Defendant Jane Doe was collecting for during a telephone conversation, Defendant Jane Doe told Plaintiff Angela Bartram that she would not tell them who she was collecting for until Plaintiffs verified an e-mail address and other information.

16. During one of the telephone conversations, Plaintiff Angela Bartram refused to provide information until she knew who Defendant Jane Doe was collecting for. Defendant Jane Doe, repeatedly told Plaintiff Angela Bartram: "You are breaking federal law."

17. Defendant Jane Doe contacted Plaintiff Angela Bartram's  brother, who does not reside with Plaintiffs, in an attempt to collect this debt.

18. Defendant Jane Doe contacted Plaintiffs, at Plaintiff's place of employment, attempting to collect the debt included in bankruptcy, even though Jane Doe had no legal basis for contacting Plaintiff.

## V.  First Claim for Relief:
## Violation of the FDCPA

19. The allegations of Paragraphs 1 through 18 of the complaint are realleged and incorporated herewith by references.

20. Defendants violated the FDCPA by contacting Plaintiffs as an attempt to collect a debt despite being informed of their representation by counsel, pursuant to 15 U.S.C. §1692c.

21. Defendants violated the FDCPA by threatening the Plaintiffs.   Specifically, Defendant Jane Doe, acting on behalf of the Defendant Global International, threatened the Plaintiffs by stating that they were "breaking federal law".

22. Defendants violated the FDCPA by contacting the Plaintiff Angela Bartram's brother unlawfully.

23. Defendants violated the FDCPA by contacting the Plaintiffs' place of employment unlawfully.

24. Defendants violated the FDCPA by contacting Plaintiffs directly instead of the attorney openly representing the debtors, pursuant to 15 U.S.C. § 1692c.

25. Defendants violated the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, pursuant to 15 U.S.C. § 1692d by placing telephone calls to a person known to be in bankruptcy as an attempt to collect on a debt included in that bankruptcy.

26. Defendants violated the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of any debt, pursuant to 15 U.S.C. § 1692e by trying to collect on a debt that the bankruptcy had legally enjoined any party from collecting on.   Further, Defendants threatened the Plaintiff Angela Bartram by stating she was violating federal law.

27. Defendants violated the FDCPA by using unfair or unconscionable means to collect or attempt to collect a debt, pursuant to 15 U.S.C § 1692f by contacting a person who filed bankruptcy partially to erase fear of creditors and debt

27. As a result of the above violations of the FDCPA, Defendants are liable to Plaintiffs for actual damages, statutory damages of $1,000 per Plaintiff, attorney fees, and costs.

WHEREFORE, Plaintiffs, having set forth her claims for relief against Defendants, respectfully prays the Court as follows:

1. That Plaintiffs have and recovers against Defendants a sum to be determined by the Court in the form of actual damages;

2. That Plaintiffs have and recovers against Defendants a sum to be determined in the form of statutory damages;

3. That Plaintiffs have and recovers against Defendants all reasonable legal fees and expenses incurred by the attorney;

4. That Plaintiffs have such other and further relief as the Court may deem just and proper.

Respectfully submitted,

John T. Steinkamp
John Steinkamp and Associates
Attorney for Plaintiffs
5218 S. East Street, Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
Email: steinkamplaw@yahoo.com